UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES ROSALES,<br><br>                    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SHERIFF WILLIAM D. GORE; DEPUTY TERENCE YORK, an individual; DEPUTY BRANDON DELIMA, an individual; DEPUTY EVAN MCCORMICK, an individual, DEPUTY NICHOLAS ADAMS, an individual; DEPUTY ERIC COTTRELL, JR., an individual, DEPUTY CARL FIELSTRA, an individual; DEPUTY BRIAN SCHAEFER, an individual; DEPUTY CHRISTOPHER PEREZ, an individual; SERGEANT DWAIN WASHINGTON, an individual, DEPUTY RONALD BUSHNELL, an individual; DEPUTY STEVEN FEALY, an individual; DEPUTY SCOTT ROSALL, an individual; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.:  19-CV-2303 JLS (LL)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 20) |

1  Presently before the Court is Defendants County of San Diego and William D.
2  Gore's Motion to Dismiss Plaintiff's Complaint (ECF No. 20).  The Court **VACATES** the
3  hearing on the Motion set for October 29, 2020, and takes the matter under submission
4  without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  October 22, 2020

Hon. Janis L. Sammartino
United States District Judge