# EXHIBIT 1

**Description:** Video Footage Excerpts of Excessive Use of Force.

**Format:** Per CASD EFC rules and procedures, Plaintiff is seeking leave of Court to submit this Exhibit in video format.