# EXHIBIT 2

**Description:** Plaintiff´s declaration pursuant California Civil Procedure Code §377.32 with a copy of Decedent´s death certificate.

Jesus Eduardo Arias, Esq. LL.M. [ SBN 293983 ]
18000 Studebaker Rd. Suite 700
Cerritos California 90703
E| jearias@jesuseduardoarias.com
Tel| 323) 815 9450 Fax| 323) 375 1196
*Attorney for Plaintiff;* Dolores Rosales

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DOLORES ROSALES,

Plaintiff,

vs.

COUNTY OF SAN DIEGO; Deputy Terence York, an individual; Deputy Brandon Delima an individual; Deputy Evan McCormick an individual, Deputy Nicholas Adams an individual;, Deputy Carl Fielstra an individual; Deputy Ronald Bushnell an individual; an individual; DOES 1 through 50, inclusive.

Defendants,

**Case No.** 3:19-cv-02303-JLS-DEB

**DECLARATION BY DOLORES ROSALES (PLAINTIFF) NATURAL MOTHER OF THE DECEDENT, MARCO ANTONIO NAPOLES;**

**PURSUANT TO 377.32; 377.11 & 377.60 (b) OF THE CALIFORNIA CODE OF CIVIL PROCEDURE.**

*Case Assigned to:* The Honorable US District Judge JANIS L. SAMMARTINO

Magistrate Judge: Daniel E. Butcher

I, DOLORES ROSALES (PLAINTIFF) declare under the laws of the United States as follows;

1. I am the biological mother of MARCO ANTONIO NAPOLES.

2. My son died on 08/17/2018 in San Diego County California.

3. My son was 29 years-old when he died.
4. My son died after an altercation with deputies of the San Diego County Sheriff´s Department at a Gas Station, located at 4730 Highway 76 in Fallbrook California.
5. My son was not married and did not have any children at the time of his death.
6. My son did not have any substantial assets. He worked as a barber in barbershops of El Monte California. He was a student attending barbershop school. He helped me financially by sending me money to buy medicine, to buy food, and other necessities. I was financially dependent on my son.
7. No PROBATE proceedings of any kind are pending either in California nor anywhere else for the administration of any Estate related to the death of my son.
8. I am the next of kin of my son and the only successor in interest pursuant 377.11 and 377.60 (b) of the California Code of Civil Procedure.
9. I submit this declaration pursuant to Ca. Code of Civil Procedure § 377.32
10. I am attaching my son's death certificate to this declaration.

I declare under the laws of the United States that all of the above is true and correct.

Dated: 2/4/2021

Dolores Rosales G.

Dolores Rosales
Plaintiff

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

## CERTIFICATE OF DEATH

3201837014657
LOCAL REGISTRATION NUMBER

STATE FILE NUMBER

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT – FIRST (Given): MARCO
2. MIDDLE: ANTONIO
3. LAST (Family): NAPOLES-ROSALES
AKA. ALSO KNOWN AS: - - -
4. DATE OF BIRTH mm/dd/ccyy: 04/25/1989
5. AGE Yrs: 29
8. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: MEXICO
10. SOCIAL SECURITY NUMBER: UNKNOWN
11. EVER IN U.S. ARMED FORCES? [ ] YES [X] NO [ ] UNK
12. MARITAL STATUS/SRDP (at Time of Death): NEVER MARRIED
7. DATE OF DEATH mm/dd/ccyy: 08/17/2018
8. HOUR (24 Hours): 1530
13. EDUCATION – Highest Level/Degree: 08
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? [X] YES HISPANIC [ ] NO
16. DECEDENT'S RACE: MEXICAN
17. USUAL OCCUPATION: STUDENT
18. KIND OF BUSINESS OR INDUSTRY: EDUCATION
19. YEARS IN OCCUPATION: 2

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE (Street and number, or location): 5533 N. GARELOCH AVE.
21. CITY: AZUSA
22. COUNTY/PROVINCE: LOS ANGELES
23. ZIP CODE: 91702
24. YEARS IN COUNTY: 13
25. STATE/FOREIGN COUNTRY: CALIFORNIA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: DOLORES ROSALES GARCIA, MOTHER
27. INFORMANT'S MAILING ADDRESS: PRIV. DEL PINON 12240, FRACC. VILLA DEL ALAMO, TIJUANA B.C., MX

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: -
29. MIDDLE:
30. LAST (BIRTH NAME): -
31. NAME OF FATHER/PARENT – FIRST: MARCO
32. MIDDLE: ANTONIO
33. LAST: NAPOLES
34. BIRTH STATE: MEXICO
35. NAME OF MOTHER/PARENT – FIRST: DOLORES
36. MIDDLE: -
37. LAST (BIRTH NAME): ROSALES
38. BIRTH STATE: MEXICO

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

39. DISPOSITION DATE mm/dd/ccyy: 08/27/2018
40. PLACE OF FINAL DISPOSITION: PANTEON MUNICIPAL NO.13 CTRA.LIBRE TIJUANA- TECATE KM.32 VALLE REDONDO LA PRESA, TIJUANA B.C., MX
41. TYPE OF DISPOSITION(S): TR/BU
42. SIGNATURE OF EMBALMER: KATRINA LAMAR
43. LICENSE NUMBER: EMB9206
44. NAME OF FUNERAL ESTABLISHMENT: FUNERARIA LA PAZ
45. LICENSE NUMBER: FD2276
46. SIGNATURE OF LOCAL REGISTRAR: WILMA J WOOTEN, MD MPH
47. DATE mm/dd/ccyy: 08/24/2018

**PLACE OF DEATH**

101. PLACE OF DEATH: TRI-CITY MEDICAL CENTER
102. IF HOSPITAL, SPECIFY ONE: [X] IP [ ] ER/OP [ ] DOA
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [ ] Other
104. COUNTY: SAN DIEGO
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 4002 VISTA WAY
106. CITY: OCEANSIDE

**CAUSE OF DEATH**

107. CAUSE OF DEATH: Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

IMMEDIATE CAUSE (A): PENDING — Time Interval Between Onset and Death (AT): -
(B) — (BT)
(C) — (CT)
(D) — (DT)

108. DEATH REPORTED TO CORONER? [X] YES [ ] NO — REFERRAL NUMBER: 18-02031
109. BIOPSY PERFORMED? [ ] YES [X] NO
110. AUTOPSY PERFORMED? [X] YES [ ] NO
111. USED IN DETERMINING CAUSE? [X] YES [ ] NO

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: -
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.)
113A. IF FEMALE, PREGNANT IN LAST YEAR? [ ] YES [ ] NO [ ] UNK

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy; Decedent Last Seen Alive (B) mm/dd/ccyy
115. SIGNATURE AND TITLE OF CERTIFIER
116. LICENSE NUMBER
117. DATE mm/dd/ccyy
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [X] Pending Investigation [ ] Could not be determined
120. INJURED AT WORK? [ ] YES [ ] NO [ ] UNK
121. INJURY DATE mm/dd/ccyy
122. HOUR (24 Hours)
123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.)
124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury)
125. LOCATION OF INJURY (Street and number, or location, and city, and zip)
126. SIGNATURE OF CORONER / DEPUTY CORONER: BRANKICA PAUNOVIC MD
127. DATE mm/dd/ccyy: 08/23/2018
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: BRANKICA PAUNOVIC MD, DEP MED EXAMINER

STATE REGISTRAR: A | B | C | D | E — "010001003970159" — FAX AUTH.# — CENSUS TRACT

County of San Diego –Health & Human Services Agency – 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar

Wilma J. Wooten M.D.

DATE ISSUED: 8/27/2018 WILMA J. WOOTEN, M.D., M.P.H.
REGISTRAR OF VITAL RECORDS
County of San Diego

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE