| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | DOLORES ROSALES, | Case No.: 19-CV-2303 JLS (LL) |
| 12 | Plaintiff, | |
| 13 | v. | **ORDER GRANTING PLAINTIFF'S PETITION FOR LEAVE OF COURT AUTHORIZING HER TO LODGE EXHIBIT NO. 1 TO THE FIRST AMENDED COMPLAINT IN "VIDEO FORMAT"** |
| 14 | COUNTY OF SAN DIEGO; SHERIFF WILLIAM D. GORE; DEPUTY TERENCE YORK, an individual; DEPUTY BRANDON DELIMA, an individual; DEPUTY EVAN MCCORMICK, an individual, DEPUTY NICHOLAS ADAMS, an individual; DEPUTY ERIC COTTRELL, JR., an individual, DEPUTY CARL FIELSTRA, an individual; DEPUTY BRIAN SCHAEFER, an individual; DEPUTY CHRISTOPHER PEREZ, an individual; SERGEANT DWAIN WASHINGTON, an individual, DEPUTY RONALD BUSHNELL, an individual; DEPUTY STEVEN FEALY, an individual; DEPUTY SCOTT ROSALL, an individual; and DOES 1 through 50, inclusive, | |
| | | (ECF No. 26) |
| 27 | Defendants. | |
| 28 | | |

    Presently before the Court is Plaintiff Dolores Rosales's Petition for Leave of Court Authorizing Her to Lodge Exhibit No. 1 to the First Amended Complaint in "Video Format" ("Mot.," ECF No. 26). Because Exhibit No. 1 to her First Amended Complaint ("FAC") is a video, Plaintiff is unable to file the exhibit electronically through the electronic court filing ("ECF") system. *See id.* at 2. Plaintiff notes that her counsel reached out to Defendants' counsel on February 2, 2021, seeking a stipulation to her lodgment request, but that "Meet & Confer is still ongoing." *Id.* Nonetheless, Defendant has not filed any opposition to Plaintiff's Motion.

    Accordingly, good cause appearing, the Court **GRANTS** the Motion. Plaintiff **SHALL LODGE** a universal serial bus ("USB") drive containing Exhibit 1 to her FAC, **SHALL PROVIDE** a courtesy copy of the USB drive to the Court, and **SHALL SERVE** each Defendant with a copy of the USB drive pursuant to Federal Rule of Civil Procedure 4.

**IT IS SO ORDERED.**

Dated: February 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge