UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DOLORES ROSALES,<br><br>                                 Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                                 Defendants. | Case No.:  19-cv-2303-JLS-DEB<br><br>**ORDER GRANTING IN PART JOINT MOTION TO MODIFY SCHEDULING ORDER [DKT. NO. 38] AND AMENDED SCHEDULING ORDER** |
|---|---|

Before the Court is the parties' Joint Motion to Modify Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings. Dkt. No. 38. The Court grants the Motion, in part, as follows:

| **Event** | **Deadline/Date** |
|---|---|
| Mandatory Settlement Conference | January 27, 2022 at 9:00 AM |
| Mandatory Settlement Conference Briefs | January 20, 2022 |
| Fact Discovery Cutoff | January 28, 2022 |
| Expert Witness Designations | January 14, 2022 |
| Rebuttal Expert Designations | January 28, 2022 |
| Expert Witness Disclosures | February 4, 2022 |
| Supplemental Expert Disclosures | March 4, 2022 |

/ /

1   All other guidelines, deadlines, and requirements remain as previously set. *See*
2   Dkt. No. 36.
3   **IT IS SO ORDERED.**
4   Dated:  October 4, 2021

Honorable Daniel E. Butcher
United States Magistrate Judge