UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES ROSALES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-cv-2303-JLS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO EXCUSE COUNTY DEFENDANT DEPUTIES FROM APPEARANCE AT MANDATORY SETTLEMENT CONFERENCE**<br><br>**[DKT. NO. 43]** |

Before the Court is the parties' Joint Motion to Excuse County Defendant Deputies from Appearance at Mandatory Settlement Conference. Dkt. No. 43. Good cause appearing, the Court GRANTS the Motion and excuses Deputies Terence York, Brandon DeLima, Evan McCormick, Nicholas Adams, Carl Fielstra, and Ronald Bushnell from participating at the February 2, 2022 Mandatory Settlement Conference.

**IT IS SO ORDERED.**

Dated:  November 30, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Daniel E. Butcher
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge