UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES ROSALES,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 19-cv-2303-JLS-DEB<br><br>**ORDER GRANTING IN PART JOINT MOTION TO MODIFY SCHEDULING ORDER [DKT. NO. 49] AND AMENDED SCHEDULING ORDER** |

Before the Court is the parties' Joint Motion to Modify Amended Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings. Dkt. No. 38. The Court grants the Motion as follows:

| Event | Deadline/Date |
|---|---|
| Fact Discovery Cutoff | February 28, 2022 |
| Expert Witness Designations | February 14, 2022 |
| Rebuttal Expert Designations | February 28, 2022 |
| Expert Witness Disclosures | March 4, 2022 |
| Supplemental Expert Disclosures Regarding Contradictory or Rebuttal Evidence | April 4, 2022 |
| Expert Discovery Cutoff | April 22, 2022 |
| Pretrial Motion Filing | May 23, 2022 |
| Pretrial Disclosures | September 1, 2022 |

| Meeting of Counsel Pursuant to CivLR 16.1(f)(4) | September 9, 2022 |
|---|---|
| Proposed Pretrial Order Due from Plaintiff's Counsel | September 15, 2022 |
| Proposed Final Pretrial Conference Order Lodging | September 22, 2022 |
| Pretrial Conference | **September 29, 2022 at 1:30 p.m.** |

All other guidelines, deadlines, and requirements remain as previously set. *See* Dkt. Nos. 36, 39.

**IT IS SO ORDERED.**

Dated:  January 12, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge