UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES ROSALES,<br><br>                              Plaintiff,<br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                            Defendants. | Case No.:  19-cv-2303-JLS-DEB<br><br>**ORDER GRANTING IN PART JOINT MOTION TO MODIFY SCHEDULING ORDER [DKT. NO. 53] AND AMENDED SCHEDULING ORDER** |

Before the Court is the parties' Joint Motion to Modify the Operative Scheduling Order (ECF No. 50) Regulating Discovery and Other Pre-Trial Proceedings. Dkt. No. 53. The Court grants the Motion as follows:

| Event | Deadline/Date |
|---|---|
| Fact Discovery Cutoff | March 28, 2022 |
| Expert Witness Disclosures | April 4, 2022 |
| Supplemental Expert Disclosures Regarding Contradictory or Rebuttal Evidence | May 4, 2022 |
| Expert Discovery Cutoff | May 20, 2022 |
| Pretrial Motion Filing | June 23, 2022 |

/ /

/ /

All other guidelines, deadlines, and requirements remain as previously set. *See* Dkt. Nos. 36, 50. No further extensions will be granted absent extraordinary circumstances.

**IT IS SO ORDERED.**

Dated: March 1, 2022

Honorable Daniel E. Butcher
United States Magistrate Judge