CLAUDIA G. SILVA, County Counsel (SBN 167868)
By SYLVIA S. ACEVES, Senior Deputy (State Bar No. 267381)
   CHRISTINA I. VILASECA, Senior Deputy (State Bar No. 290910)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4860; Fax: (619) 531-6005
E-mail: sylvia.aceves@sdcounty.ca.gov
E-mail: christina.vilaseca@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Deputy Terence York, Deputy Brandon DeLima, Deputy Evan McCormick, Deputy Nicholas Adams, Deputy Carl Fielstra, and Deputy Ronald Bushnell

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES ROSALES,<br><br>                Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN DIEGO; Deputy Terence YORK an individual; Deputy Brandon DELIMA an individual; Deputy Evan MCCOMICK an individual; Deputy Nicholas ADAMS an individual; Deputy Carl FIELSTRA an individual; Deputy Ronald BUSHNELL an individual; DOES 1 through 50, inclusive,<br><br>              Defendants. | No. 19-cv-02303-RSH-DEB<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(2), Plaintiff Dolores Rosales, by and through her counsel of record, and Defendants County of San Diego, Deputy Terence York, Deputy Brandon DeLima, Deputy Evan McCormick, Deputy Nicholas Adams, Deputy Carl Fielstra, and Deputy Ronald Bushnell ("Defendants"), by and through their counsel of record, jointly move this Court for an order dismissing Defendants with prejudice from all claims asserted against them in this lawsuit.

///

///

1    It is stipulated by and among the parties that Plaintiff and Defendants will bear

2    their own attorney's fees and costs.

3                                              Respectfully submitted,

4    DATED:  January 26, 2023                  CLAUDIA G. SILVA, County Counsel

5
                                               By: s/SYLVIA S. ACEVES, Senior Deputy
6                                              Attorneys for Defendants County of San
                                               Diego, Terence York, Deputy Brandon
7                                              DeLima, Deputy Evan McCormick, Deputy
                                               Nicholas Adams, Deputy Carl Fielstra, and
8                                              Deputy Ronald Bushnell
9                                              E-mail: sylvia.aceves@sdcounty.ca.gov

10

11   DATED:  January 26, 2023                  Jesus Eduardo Arias Esq., LL.M.

12                                             By: s/JESUS EDUARDO ARIAS
                                               Attorney for Plaintiff Dolores Rosales
13                                             E-mail: jearias@jesuseduardoarias.com

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

19-cv-02303-RSH-DEB

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for all parties and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

Respectfully submitted,

DATED:  January 26, 2023

CLAUDIA G. SILVA, County Counsel

By: s/SYLVIA S. ACEVES, Senior Deputy
Attorneys for Defendants County of San Diego, Terence York, Deputy Brandon DeLima, Deputy Evan McCormick, Deputy Nicholas Adams, Deputy Carl Fielstra, and Deputy Ronald Bushnell
E-mail: sylvia.aceves@sdcounty.ca.gov