UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES ROSALES,<br><br>       Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>       Defendants. | Case No.: 19-CV-02303-RSH-DEB<br><br>**ORDER DISMISSING CASE** |

On January 26, 2023, the Parties filed a joint motion requesting that the instant action be dismissed with prejudice as to Defendants County of San Diego, Deputy Terence York, Deputy Brandon DeLima, Deputy Evan McCormick, Deputy Nicholas Adams, Deputy Carl Fielstra, and Deputy Ronald Bushnell. ECF No. 64. Accordingly, this case is **DISMISSED** with prejudice as these Defendants, and the Clerk of Court is **DIRECTED** to close the file. The Parties shall bear their own fees and costs.

  **IT SO ORDERED**.

Dated: January 27, 2023

             _____
             Hon. Robert S. Huie
             United States District Judge